Michael K. Brown (SBN 104252)
Email: mkbrown@reedsmith.com
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Sonja S. Weissman (SBN 154320)
Email: sweissman@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
GlaxoSmithKline LLC (formerly known as
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline) and McKesson Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA HARGROVE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>McKESSON CORPORATION, et al.,<br><br>Defendants. | Case No. 3:13-cv-03114-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT**<br><br>Honorable Jeffrey S. White |

Case No. 3:13-cv-03114-JSW
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT

# JOINT STIPULATION AND [PROPOSED] ORDER

Plaintiffs in this action, Defendant GlaxoSmithKline LLC, (f/k/a SmithKline Beecham Corporation d/b/a GlaxoSmithKline) ("GSK") and Defendant McKesson Corporation ("McKesson"), hereby submit, through their undersigned counsel of record, the following Stipulation and accompanying [Proposed] Order.

WHEREAS, Pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendants GSK, and McKesson (collectively, "Defendants") have not yet answered the Plaintiffs' Complaint prior to removal of this case from San Francisco Superior Court on July 3, 2013. Defendants have 21 days after "receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief" and therefore have 21 days to Answer Plaintiffs' Complaint. McKesson was served with Plaintiffs' Complaint on July 3, 2013. GSK has not been served with Plaintiffs' Complaint. GSK filed a Motion to Stay on July 9, 2013. Plaintiffs filed a Motion to Remand on July 12, 2013. (*See* Declaration of Steven J. Boranian ("Boranian Decl.") in Support of Joint Stipulation Extending Defendants' time to Answer Complaint ¶ 7)

WHEREAS, the parties, having met and conferred, pursuant to Civil L.R 6-3, jointly stipulate to and respectfully request that this Court extend the time for Defendants to Answer the Complaint until 30 days after entry of an order on Plaintiffs' Motion to Remand. (*See* Boranian Decl. ¶ 8)

WHEREAS, the parties agree that good cause exists for the requested extension of time in order to serve the interests of judicial economy, efficiency, and fairness. This action will either be remanded to the Superior Court of San Francisco or transferred to the Avandia MDL. Therefore, in order to conserve the resources of the Court and the parties, all parties agree that Defendants' Answers should ultimately be filed should ultimately be filed in the San Francisco Superior Court or in the Avandia MDL. (*See* Boranian Decl. ¶ 9)

WHEREAS, no party to this case has previously requested any time modifications in this action. (*See* Boranian Decl. ¶ 10)

By the filing of this Joint Stipulation and Proposed Order, the Plaintiffs do not concede, and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 3:13-cv-03114-JSW                    - 1 -
JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT

Defendant will not argue, that the federal courts have subject matter jurisdiction over this action because of the submission of this Joint Stipulation and Proposed Order.

WHEREAS, the requested relief would not cause any undue hardship, delay, or prejudice to either party or the Court and is warranted by the circumstances in this case. (*See* Boranian Decl. ¶ 11)

DATED: July 17, 2013

REED SMITH LLP
Michael K. Brown
Sonja S. Weissman
Steven J. Boranian

By: */s/ Steven J. Boranian*
Steven J. Boranian
Attorneys for Defendants
GlaxoSmithKline LLC (formerly known as SmithKline Beecham Corporation d/b/a GlaxoSmithKline) and McKesson Corporation

DATED: July 17, 2013

LAW OFFICES OF SIN-TING MARY LIU
Sin-Ting Mary Liu

By: */s/ Sin-Ting Mary Liu*
Sin-Ting Mary Liu
Attorneys for Plaintiffs

Case No. 3:13-cv-03114-JSW  -2-
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that all signatories have concurred in the filing of this Joint Stipulation And [Proposed] Order Extending Time for Defendants to Answer Plaintiffs' Complaint.

DATED: July 17, 2013

REED SMITH LLP
Michael K. Brown
Sonja S. Weissman
Steven J. Boranian


By: */s/ Steven J. Boranian*
    Steven J. Boranian
    Attorneys for Defendants
    GlaxoSmithKline LLC (formerly known as
    SmithKline Beecham Corporation d/b/a
    GlaxoSmithKline) and McKesson Corporation

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: July 19, 2013

_____
Honorable Jeffrey S. White